CRYSTAL BITON, Also Known as SAPHYRE REDFORD, Appellant, v JOE TURCO et al., Respondents.

Submitted November 7, 2011; decided February 9, 2012

Reported below, 2008 NY Slip Op 88890(U).

Motion for reargument of motion for leave to appeal denied [*see* 17 NY3d 845 (2011)].

In the Matter of MICHAEL LESHER, Appellant, v CHARLES J. HYNES, as District Attorney of Kings County, New York, et al., Respondents.

Submitted January 23, 2012; decided February 9, 2012

Reported below, 80 AD3d 611.

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVIS D. BAKER, Appellant. (Appeal No. 1.)

Submitted February 6, 2012; decided February 9, 2012

Reported below, 82 AD3d 1656.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVIS D. BAKER, Appellant. (Appeal No. 2.)

Submitted February 6, 2012; decided February 9, 2012

Reported below, 82 AD3d 1657.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.